# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| **WILLIAM JOHNSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WELLS FARGO, N.A.,** )<br>**Defendant.** )<br>)<br>) | Case No.: 1:18-cv-02145-PX |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Hillary Victoria Colonna* | */s/ Amy Lynn Bennecoff* |
| Hillary Victoria Colonna, Esq. | Amy Lynn Bennecoff, Esq. |
| Womble Bond Dickinson (US) LLP | Kimmel & Silverman, P.C. |
| 100 Light Street | 30 East Butler Pike |
| 26th Floor | Ambler, PA 19002 |
| Baltimore, MD 21202 | Phone: 215-540-8888 |
| 410-545-5816 | Fax: 877-600-2112 |
| Email: Hillary.Colonna@wbd-us.com | Email: teamkimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: January 3, 2019 | Date: January 3, 2019 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 3rd day of January, 2019:

Hillary Victoria Colonna, Esq.
Womble Bond Dickinson (US) LLP
100 Light Street
26th Floor
Baltimore, MD 21202
410-545-5816
Email: Hillary.Colonna@wbd-us.com

Lela M Ames, Esq.
Womble Bond Dickinson (US) LLP
1200 Nineteenth Street, N.W., Suite 500
Washington, DC 20036
202-857-4427
Fax: 202-261-0088
Email: lela.ames@wbd-us.com

Eric J Troutman, Esq.
Womble Bond Dickinson (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
6572661043
Fax: 7143712656
Email: eric.troutman@wbd-us.com

Nicole Y Su, Esq.
Womble Bond Dickinson (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
6572661051
Email: Nicole.su@wbd-us.com
Attorneys for the Defendant

/s/ Amy Lynn Bennecoff
Amy Lynn Bennecoff, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-600-2112
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff